Order issued October *17* , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00092-CV

**MICHAEL ARNOLD, ET AL., Appellants**

**V.**

**LIFE PARTNERS, INC., ET AL., Appellees**

# ORDER

We **GRANT** appellee Life Partners, Inc.'s October 4, 2012 motion for leave to supplement its brief with supplemental authority.

_____
CAROLYN WRIGHT
CHIEF JUSTICE